No. 73–5092.  FUNGONE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–5093.  KIRKLAND v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 5th Cir. Certiorari denied.

No. 73–5094.  MILLER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 73–5096.  KELLEY v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–5100.  ORUM v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 73–5101.  JENKINS v. UNITED STATES.  C. A. 5th Cir.  Certiorari  denied.

No. 73–5103.  HART v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 73–5107.  MITCHELL v. CALIFORNIA BLUE SHIELD. C. A. 9th Cir.  Certiorari denied.

No. 73–5113.  HOLMES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5118.  LEWIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5123.  MANNING v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5129.  McGILL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5135.  BURKE v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.